USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit  ____________________No. 97-1818 RENEA E. WALIGORA, Plaintiff, Appellant, v. THE PARISH OF CHRIST CHURCH ANDOVER AND THE REVEREND JAMES A. DIAMOND, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Reginald C. Lindsay, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Aldrich, Senior Circuit Judge, and Boudin, Circuit Judge. _____________________ Betsy Ehrenberg, with whom Bryan Decker and Pyle, Rome &Lichten, P.C., were on brief for appellant. Susan Hughes Banning, with whom George H. Kidder and Hemenway& Barnes, were on brief for appellees. ____________________ April 15, 1998 ____________________ Per Curiam. After due consideration of the record, thebriefs, and the oral argument in this case, we affirm the order ofthe district court. Costs to be assessed against appellant. Affirmed.